**Opinion issued February 19, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00829-CV

———————————

**K. VINNIE SAINT JOHN, SR. AND 24DJQ AVIATION GROUP, LLC,**
**Appellants**

**V.**

**SWAPNIL AGARWAL, Appellee**

---

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Case No. 2025-16250**

---

## MEMORANDUM OPINION

Appellants K. Vinnie Saint John, Sr. and 24DJQ Aviation Group, LLC have

each filed voluntary motions to dismiss their appeals. *See* Tex. R. App. P. 42.1(a)(1).

No party has filed a response opposing the motions in more than ten days. *See* Tex.

R. App. P. 10.1(a)(5), 10.3(a)(2). No other party has filed a notice of appeal, and the Court has issued no opinion. *See* Tex. R. App. P. 42.1(a)(1).

Accordingly, we grant the motions and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f). All other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Malloy, Guiney, and Morgan.